O

**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENNIE COWAN,<br><br>        Plaintiff,<br><br>  v.<br><br>WILLIAM MORRIS AGENCY, LLC,<br><br>        Defendant. | Case No. EDCV 08-917-VAP (RNBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered

Dated: December 17, 2009

                                         VIRGINIA A. PHILLIPS
                                         United States District Judge